UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD V. RAY, JR., | ) | CASE NO. ED CV 10-0942-VAP (PJW) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| G. SCHOO, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. Sec. 636, the Court has reviewed the Third Amended Complaint, records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

DATED: August 8, 2011                                     .

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE