1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

10   EDWARD V. RAY, JR.,              ) Case No. ED CV 10-942-VAP (PJW)
                                      )
11              Plaintiff,            ) J U D G M E N T
                                      )
12         v.                         )
                                      )
13   G. SCHOO, et al.,                )
                                      )
14              Defendants.           )
                                      )
15

16        Pursuant to the Order Dismissing the Complaint,

17        IT IS ADJUDGED that the action is dismissed without prejudice.

18

19        DATED:     July 27, 2012           .

20

21                              _____
                                VIRGINIA A. PHILLIPS
22                              UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28