UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD V. RAY, JR., <br><br>        Plaintiff, <br><br>    v. <br><br>G. SCHOO, et al., et al., <br><br>        Defendants. | CASE NO. CV 10-942-VAP(PJW) <br><br> ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Final Report and Recommendation of United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the original Report to which Defendants have objected. The Court accepts the Final Report and adopts it as its own findings and conclusions.

DATED: January 2, 2014.

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\RAY 10-942\Order accepting 5AC Final RR.wpd