UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD V. RAY, JR., | ) | Case No. CV 10-942-VAP (PJW) |
| | ) | |
| Plaintiff, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| G. SCHOO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Order Accepting Final Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.


DATED:    January 2, 2014 _____.


_____

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE